

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00134-CV

| | | |
|---|---|---|
| CENTRAL STATES WATER RESOURCES, INC., Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (21-10909-431) |
| V. | § | July 7, 2022 |
| UNDINE DEVELOPMENT, LLC AND UNDINE TEXAS, LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack